IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICHOLAS DeFOSSETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-695 |
| RUDEL FAMILY LIMITED ) | |
| PARTNERSHIP d/b/a JACALA ) | |
| RESTAURANT, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, Nicolas DeFossett ("Plaintiff"), by and through the undersigned counsel, and hereby files this Unopposed Motion to Dismiss Complaint with Prejudice.

Respectfully submitted this 21st day of April, 2020.

Respectfully submitted,

**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile

By:  /s/ Dennis R. Kurz
       Dennis R. Kurz
       Texas State Bar No. 24068183
       dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Michael D. DeNuccio
CURNEY, FARMER, HOUSE, OSUNA &
JACKSON, P.C.
411 Heimer Road
San Antonio, TX 78232
*Attorney for Defendant,*
*Rudel Family Limited Partnership*
*d/b/a Jacala Restaurant*

                                                */s/ Dennis R. Kurz*
                                                Dennis R. Kurz