IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |  |
|---|---|---|
| NICHOLAS DeFOSSETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-19-CV-695-FB |
| | § | |
| RUDEL FAMILY LIMITED PARTNERSHIP | § | |
| d/b/a JACALA RESTAURANT, | § | |
| | § | |
| Defendant. | § | |

### *ORDER GRANTING UNOPPOSED MOTION TO DISMISS COMPLAINT WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Unopposed Motion to Dismiss Complaint with Prejudice filed on April 21, 2020 (docket #14). On April 7, 2020, the Court accepted the Consent Decree signed by the parties and ordered the parties to file a stipulation of dismissal in accordance with the decree. Therefore, the Court finds the unopposed motion to dismiss has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Dismiss Complaint with Prejudice (docket #14) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's complaint is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 21st day of April, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE